**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Meeks Capital Corporation** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-4752668 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **870 Napa Valley Corporate Way Suite R Napa, CA 94558-6266** | **P.O. Box 1795 Sonoma, CA 95476** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Napa** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 1 of 58

**7.**    **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     2379

**8.**    **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**    **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**    **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Why is the case filed in *this district*?**

Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**  Statistical and administrative information**

**13.  Debtor's estimation of available funds**  .  Check one:

☐  Funds will be available for distribution to unsecured creditors.

■  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 3 of 58

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2020**

MM / DD / YYYY

**X** **/s/ Bradley Koeberer**                              **Bradley Koeberer**

Signature of authorized representative of debtor              Printed name

Title    **President/CEO**

**18. Signature of attorney**

**X** **/s/ Thomas P. Kelly III**          Date  **January 24, 2020**

Signature of attorney for debtor                                MM / DD / YYYY

**Thomas P. Kelly III 230699**

Printed name

**Law Offices of Thomas P. Kelly III**

Firm name

**P.O. Box 1405**
**Santa Rosa, CA 95402-1405**

Number, Street, City, State & ZIP Code

Contact phone  **707-545-8700**    Email address  **tomkelly@sonic.net**

**230699 CA**

Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Meeks Capital Corporation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **January 24, 2020**    *X* **/s/ Bradley Koeberer**
_____
Signature of individual signing on behalf of debtor

**Bradley Koeberer**
_____
Printed name

**President/CEO**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Meeks Capital Corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*....................................................................    $ _____ **0.00**

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*....................................................................    $ _____ **0.00**

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................    $ _____ **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................    $ _____ **0.00**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ _____ **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..........................    +$    **11,870,460.47**

4.    **Total liabilities** ...........................................................................................................
     Lines 2 + 3a + 3b      $    **11,870,460.47**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 6 of 58

| Fill in this information to identify the case: |
| --- |

Debtor name    **Meeks Capital Corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ■ No.  Go to Part 2.
   ☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

   11b. Over 90 days old:    **190,000.00**  -    **190,000.00**  =....    **$0.00**
                          face amount         doubtful or uncollectible accounts

12.   **Total of Part 3.**
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
| --- | --- |
| | **$0.00** |

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 7 of 58

☐ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☐ Yes Fill in the information below.

Current value of
debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership
       **Corporation was formed as a capital holding company**
       **as part of construction & civil engineering business**
       **associated with Northern Pacific Corporation. All assets**
       **have been either seized pursuant to attachment orders**
       **or repossessed by creditors.**                                    **$0.00**

78.    **Total of Part 11.**                                                **$0.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 9 of 58

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy
Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 10 of 58

Debtor name     **Meeks Capital Corporation**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
    amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 11 of 58

**Fill in this information to identify the case:**

Debtor name    **Meeks Capital Corporation**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ■ No. Go to Part 2.

     ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

   3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,687.26** |
| **A.B. Wilson Equipment**<br>**Attention : Bankruptcy**<br>**c/o Daryl J. Reese Esq.**<br>**1400 North Dutton Avenue, Suite 21**<br>**Santa Rosa, CA 95401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:   Equipment repair services | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.2**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,957.93** |
| **Aaction Rentals**<br>**Attention : Bankruptcy**<br>**10510 Old Redwood Highway**<br>**Windsor, CA 95492** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:   Equipment rentals | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.3**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
| **Aaron Hancock**<br>**Bishop & Barry**<br>**6001 Shellmound Street**<br>**Suite 875**<br>**Emeryville, CA 94608-1957** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:   Legal Services | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| **3.4**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **ACH Total Receipts**<br>**Attention : Bankruptcy**<br>**c/o Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703-4261** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim:   UCC Financing Statement<br>Document Number: 78656350002<br>Filing Number: 19-7712013485 | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 12 of 58

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ADS Group**
**Attention : Bankruptcy**
**P.O. Box 15270**
**Irvine, CA 92623-5270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UCC Financing statement__
__Document Number: 60814370002__
__Filing Number: 17-7580735346__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Advance Resources**
**Attention : Bankruptcy**
**P.O. Box 15270**
**Irvine, CA 92623-5270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UCC Financing statement__
__Document Number: 57357720002__
__Filing Number: 16-7547522473__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $900.00 |
|---|---|---|---|

**Affordable Site Model, Inc.**
**Attention : Bankruptcy**
**2167 Shaw Avenue**
**Suite 115-PMB #205**
**Clovis, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Earthwork Take-off__
__Project: Windsor Veterans Village__
__Project: Marriott Courtyard - Petaluma__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Afirm**
**Attention : Bankruptcy**
**3528 Precision Drive, Suite 200**
**Fort Collins, CO 80528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Insurance premiums__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.44 |
|---|---|---|---|

**Anthem Blue Cross**
**Attention : Bankruptcy - Automatic Stay**
**c/o Rawlings Financial Services LLC**
**P .0. Box 2020**
**La Grange, KY 40031-2020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Healthcare insurance premiums__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $245.00 |
|---|---|---|---|

**AT&T 001**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __4036__

Basis for the claim: __Telephone service__

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 13 of 58

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,000.00 |
|---|---|---|---|

**Balboa Capital Corporation**
**Attention : Bankruptcy**
**c/o Michelle Chiongson, Esq.**
**575 Anton Boulevard, 12th Floor**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Pending litigation in the Orange County Superior Court case of Balboa Capital vs. vs. NPC bearing case number 30-2019-01094141. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,936.20 |
|---|---|---|---|

**Bert Williams & Sons Inc.**
**Attention : Bankruptcy**
**525 Northbay Drive**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Vehicle repair services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,232.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**c/o Raffi Khatchadourian**
**Hemar, Rousso & Heald, LLP**
**15910 Ventura Boulevard, 12th floor**
**Encino, CA 91436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Pending litigation in the Napa County Superior Court Case of BMO Harris Bank vs. Meeks bearing case number 19-CV-001418. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $344,252.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**Attention : Bankruptcy**
**300 East John Carpenter Freeway**
**Suite 504**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **Commerical loans secured by vehicles and equipment used by Northern Pacific Corporation as part of capital structure for business**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**Attention : Bankruptcy**
**300 East John Carpenter Freeway**
**Suite 504**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **UCC Financing Statement Document Number: 69958660002 Filing Number: 18-7647974134**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**Attention : Bankruptcy**
**300 East John Carpenter Freeway**
**Suite 504**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   **UCC Financing Statement Document Number: 70976860002 Filing Number: 18-7654583895**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 14 of 58

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BMO Harris Bank N.A.**
**Attention : Bankruptcy**
**300 East John Carpenter Freeway**
**Suite 504**
**Irving, TX 75062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UCC Financing Statement**
**Document Number: 70314840002**
**Filing Number: 18-7650301930**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,000.00 |
|---|---|---|---|

**Bruce Tucker Construction**
**c/o Karen M. Baytosh, Esq.**
**50 West Liberty, Suite 1030**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending litigation in the Napa Superior Court case of**
**Bruce Tucker Construction vs. NPC bearing case number**
**17-CV-000421. See SOFA #7.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,000.00 |
|---|---|---|---|

**Bruce Tucker Construction**
**c/o Karen M. Baytosh, Esq.**
**50 West Liberty, Suite 1030**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending litigation in the Napa Superior Court case of**
**Bruce Tucker Construction vs. NPC bearing case number**
**18-CV-000317. See SOFA #7.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**California Air Resources Board**
**Attention : Bankruptcy**
**P.O. Box 2815**
**Sacramento, CA 95812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Possible emissions violations**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400,000.00 |
|---|---|---|---|

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Commerical loans subject on ongoing litigation.**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **UCC Financing Statement**
**Document Number: 68149650002**
**Filing Number: 18-7635190222**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 15 of 58

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC Financing Statement**
**Document Number: 64924310002**
**Filing Number: 17-7613097940**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC Financing Statement**
**Document Number: 62414970002**
**Filing Number: 17-7594107697**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC Financing Statement**
**Document Number: 61263390002**
**Filing Number: 17-7584589468**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,658,160.00**

**California Bank of Commerce**
**Attention : Bankruptcy**
**3595 Mount Diablo Boulevard**
**Suite 220**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending litigation in the Contra Costa County**
**Superior Court case of California Bank of Commerce vs. NPC bearing**
**case number  MSC-19-01604. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**California Contractors**
**Attention : Bankruptcy**
**9848 Business Park Drive**
**Suite H**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Possible claims against bond No. 460954-11**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$22,000.00**

**Caterpillar Financial Services Corp**
**c/o Mark David Poniatowski, Esq.**
**Poniatowski Leding Parikh PC**
**20980 Redwood Road, Suite 200**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending litigation in the Napa Superior Court case of**
**Caterpillar vs. Meeks bearing case number 19-CV-001510. See SOFA**
**#7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 16 of 58

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caterpillar Financial Services Corp**
**Attention : Bankruptcy**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UCC Financing statement__
__Document Number: 69061180002__
__Filing Number: 18-7641708719__

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caterpillar Financial Services Corp**
**Attention : Bankruptcy**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UCC Financing statement__
__Document Number: 68793120002__
__Filing Number: 18-7639860957__

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caterpillar Financial Services Corp**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UCC Financing statement__
__Document Number: 73737850002__
__Filing Number: 18-7674101419__

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $445,999.00 |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Commerical loans secured by vehicles and__
__equipment used by Northern Pacific Corporation as part of capital__
__structure for business__

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UCC financing statement__
__Document Number: 58965030002__
__Filing Number: 16-7563617193__

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Caterpillar Financial Services Corp.**
**2120 West End Avenue**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __UCC financing statement__
__Document Number: 42728590002__
__Filing Number: 14-7409327188__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 17 of 58

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.** | ☐ Contingent | |
| | **2120 West End Avenue** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __UCC financing statement__ | |
| | | __Document Number: 70505290002__ | |
| | | __Filing Number: 18-7651621663__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.** | ☐ Contingent | |
| | **2120 West End Avenue** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __UCC financing statement__ | |
| | | __Document Number: 58945770002__ | |
| | | __Filing Number: 16-7563358771__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.** | ☐ Contingent | |
| | **2120 West End Avenue** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __UCC financing statement__ | |
| | | __Document Number: 69797340002__ | |
| | | __Filing Number: 18-7646663059__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.** | ☐ Contingent | |
| | **2120 West End Avenue** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __UCC financing statement__ | |
| | | __Document Number: 70394750002__ | |
| | | __Filing Number: 18-7650939816__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.** | ☐ Contingent | |
| | **2120 West End Avenue** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __UCC financing statement__ | |
| | | __Document Number: 69061210002__ | |
| | | __Filing Number: 18-7641709083__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.** | ☐ Contingent | |
| | **2120 West End Avenue** | ☐ Unliquidated | |
| | **Nashville, TN 37203** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** __UCC financing statement__ | |
| | | __Document Number: 70394600002__ | |
| | | __Filing Number: 18-7650938300__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 18 of 58

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **UCC financing statement** | |
| | Last 4 digits of account number _ | **Document Number: 70394530002**<br>**Filing Number: 18-7650937531** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **UCC financing statement** | |
| | Last 4 digits of account number _ | **Document Number: 70394540002**<br>**Filing Number: 18-7650937773** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Caterpillar Financial Services Corp.**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **UCC financing statement** | |
| | Last 4 digits of account number _ | **Document Number: 70393800002**<br>**Filing Number: 18-7650935630** | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,190.73 |
|---|---|---|---|
| | **Center Avenue Properties**<br>**Attention : Bankruptcy**<br>**c/o De Lay & Laredo**<br>**606 Forest Avenue**<br>**Pacific Grove, CA 93950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Back rent for office space** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Citibank 001**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 6500**<br>**Sioux Falls, SD 57117-6500** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **- Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Citibank 001a**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 6286**<br>**Sioux Falls, SD 57117-6285** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **- Notice Only** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 19 of 58

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$248,446.53** |
| --- | --- | --- | --- |

**City of Calistoga**
Attention : Bankruptcy
c/o Michelle Marchetta Kenyon, Esq.
1901 Harrison Street, Suite 900
Oakland, CA 94612-3501

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Pending litigation in the Napa Superior Court case of Calistoga vs. NPC bearing case number 19-CV-001269. See SOFA #7.</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**City of Davis**
Attention : Bankruptcy
Dept. of Publich Works - Engineering
1717 Fifth Street
Davis, CA 95616

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Potential labor code violations for Cannery Grade Separated Crossing Project, CIP 8288</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**City of Napa - Dept. of Public Works**
Attention : Bankruptcy
P.O. Box 660
Napa, CA 94559-0660

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>Pending project of Trower Ave Rehabilitation - Project ST19P'v'l6</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**CNH Industrial Capital America LLC**
Attention : Bankruptcy
500 Diller Avenue
New Holland, PA 17557

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>UCC Financing Statement</u>
<u>Document Number: 55146450002</u>
<u>Filing Number: 16-7525609455</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**CNH Industrial Capital America LLC**
Attention : Bankruptcy
500 Diller Avenue
New Holland, PA 17557

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>UCC Financing Statement</u>
<u>Document Number: 83310460002</u>
<u>Filing Number: 19-77442382</u>

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**CNH Industrial Capital America LLC**
Attention : Bankruptcy
500 Diller Avenue
New Holland, PA 17557

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>UCC Financing Statement</u>
<u>Document Number: 55146440002</u>
<u>Filing Number: 16-7525609334</u>

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 20 of 58

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CNH Industrial Capital America LLC**<br>**Attention : Bankruptcy**<br>**500 Diller Avenue**<br>**New Holland, PA 17557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>UCC Financing Statement</u><br><u>Document Number: 83312510002</u><br><u>Filing Number: 19-77442502</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CNH Industrial Capital America LLC**<br>**Attention : Bankruptcy**<br>**100 Brubaker Avenue**<br>**New Holland, PA 17557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>UCC Financing Statement</u><br><u>Document Number: 46087560002</u><br><u>Filing Number: 14-7439161359</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **CNH Industrial Capital America LLC**<br>**Attention : Bankruptcy**<br>**100 Brubaker Avenue**<br>**New Holland, PA 17557** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>UCC Financing Statement</u><br><u>Document Number: 83208980002</u><br><u>Filing Number: 19-77435256</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Continental Commerical Group**<br>**Attention : Bankruptcy**<br>**317 South Brand Boulevard**<br>**Glendale, CA 91204-1701** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>Possible claims against bond No. 460954 as arising</u><br><u>from Northern Pacific Corporation</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Corporation Service Company**<br>**Attention : Bankruptcy**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>UCC Financing statement</u><br><u>Document Number: 42938970002</u><br><u>Filing Number: 14-7411202496</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **Corporation Service Company**<br>**Attention : Bankruptcy**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: <u>UCC Financing statement</u><br><u>Document Number: 61559030002</u><br><u>Filing Number: 17-75873204</u> | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 21 of 58

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Corporation Service Company**
**Attention : Bankruptcy**
**801 Adlai Stevenson Drive**
**Springfield, IL 62703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC Financing statement**
**Document Number: 61559040002**
**Filing Number: 17-75873205**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $196.00 |
|---|---|---|---|

**County Asphalt**
**Attention : Bankruptcy**
**5501 Imhoff Drive**
**Martinez, CA 94553-4391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Asphalt and surfacing services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**County of Napa**
**Attention : Bankruptcy**
**1195 Third Street**
**Suite 310**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,342.91 |
|---|---|---|---|

**Credit Consulting Services INC.**
**Attention : Bankruptcy**
**201 John Street**
**Suite E**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Collections Agency and/or Attorney for Brothers Smith LLP**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,070.00 |
|---|---|---|---|

**Credit Mediators Inc.**
**Attention : Bankruptcy**
**P.O. Box 456**
**Upper Darby, PA 19082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Collections Agency and/or Attorney for M&M Sanitary LLC**

Last 4 digits of account number  **6204**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $881.61 |
|---|---|---|---|

**Creditors Adjustment Bureau**
**Attention : Bankruptcy**
**P.O. Box 5932**
**Sherman Oaks, CA 91413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Collections Agency and/or Attorney for Choice Administrators**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,739.76 |
|---|---|---|---|

**Cresco Equipment Rentals**
**Attention : Bankruptcy**
**318 Stealth Court**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Equipment rental services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSAA Insurance Exchange**
**Attention : Bankruptcy**
**P.O. Box 24523**
**Oakland, CA 94623-1523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Claim No. 1003-36-3431**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,566.25 |
|---|---|---|---|

**CST Co.**
**Attention : Bankruptcy**
**P.O. Box 33127**
**Louisville, KY 40232-3127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **- Collections Agency and/or Attorney for Dodge Data & Analytics LLC**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dell Financial Services L.L.C.**
**Attention : Bankruptcy**
**Mail Stop-PS2DF-23**
**One Dell Way**
**Pointe A La Hache, LA 70082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **UCC Financing statement for lease of computer equipment.**
**Document Number: 61062570002**
**FILING NUMBER: 17-7582911940**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,659.00 |
|---|---|---|---|

**DeWitt Tire Recycle & Auto Repair**
**Attention : Bankruptcy**
**P.O. Box 1651**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Tire repairs**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,325.00 |
|---|---|---|---|

**Double M Trucking**
**Attention : Bankruptcy**
**c/o Daniel S. Stouder, Esq.**
**555 Capitol Mall, Suite 1500**
**Sacramento, CA 95814-4603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending litigation in the Yolo County Superior Court case of Double M Trucking vs. NPC bearing case number CV-19-1299 . See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 23 of 58

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $156,624.00 |
|---|---|---|---|

**Dutra Materials**
**Attention : Bankruptcy**
**2350 Kerner Boulevard, Suite 200**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Material sales__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $182.51 |
|---|---|---|---|

**Dyna Systems**
**Attention : Bankruptcy**
**P.O. Box 655326**
**Dallas, TX 75265-5326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Equipment purchases__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Economy Bonds**
**Attention : Bankruptcy**
**P.O. Box 276165**
**Sacramento, CA 95827**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Poential bond claims__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,045.00 |
|---|---|---|---|

**F3 & Associates, Inc**
**Attention : Bankruptcy**
**701 East H Street**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid subcontractor invoices__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,110,000.00 |
|---|---|---|---|

**Fidelity & Deposit Company of Maryland**
**c/o David C. Veis, Esq.**
**Robins Kaplan LLP**
**2049 Century Park East**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Pending litigation in the Contra Costa County__
__Superior Court case of Fidelity vs. NPC bearing case number__
__MSC-19-01119. See SOFA #7.__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,106.69 |
|---|---|---|---|

**Flyers Energy**
**Attention : Bankruptcy**
**c/o Joshua Kirby Esq.**
**200 Auburn Folsorn Road, Suite 305**
**Auburn, CA 95603-5046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Unpaid subcontractor invoices__

Last 4 digits of account number __3644__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355,231.00 |
|---|---|---|---|

**Ford Motor Credit Company**
**Attention : Bankruptcy**
**1 American Road**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Commerical loans secured by vehicles and__
__equipment used by Northern Pacific Corporation as part of capital__
__structure for business__

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 24 of 58

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|--|--|--|

**Ford Motor Credit Company**
**Attention : Bankruptcy**
P.O. Box 680020
MD 10
Franklin, TN 37068

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  UCC Financing Statement
Document Number: 69808840002
Filing Number: 18-7846920053

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,800.00 |
|------|--|--|--|

**Freedlun Hydroseeding**
**Attention : Bankruptcy**
518 Baywood Court
Vacaville, CA 95688

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Grass & landscaping services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,145.00 |
|------|--|--|--|

**Friedmans Home Improvement**
**Attention : Bankruptcy**
1385 N. McDowell Blvd. Ste. 100

Date(s) debt was incurred _

Last 4 digits of account number  2074

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials & Equipment purchases

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,834.66 |
|------|--|--|--|

**Fusion Sign and Design**
**Attention : Bankruptcy**
680 Columbia Avenue
Riverside, CA 92507

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sign purchases

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,500.00 |
|------|--|--|--|

**Gemini Insurance Company**
**Attention : Bankruptcy**
721 East Madison Street
Suite 200
Villa Park, IL 60181

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid insrance premiums

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,670.00 |
|------|--|--|--|

**Gene Amato Masonry Inc.**
**Attention : Bankruptcy**
c/o J, Michael Murphy, Esq.
2350 First Street
Napa, CA 94559-2239

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending litigation in the Napa Superior Court case of
Gene Amato Masonry vs. NPC bearing case number CIV-19-02807.
See SOFA #7.

Is the claim subject to offset? ■ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,310.00** |
|---|---|---|---|

**George Welcher**
c/o Tim O'Connor Esq.
9245 Laguna Springs Drive
Suite 200
Elk Grove, CA 95758

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending litigation in the Sacramento County Superior Court case of Welcher vs. Meeks bearing case number 34-2019-00265368. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$33,860.32** |
|---|---|---|---|

**Hi-Way Safety, Inc.**
Attention : Bankruptcy
13310 5th Street
Chino, CA 91710

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid subcontractor invoices**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$23,405.27** |
|---|---|---|---|

**Holt of California**
Attention : Bankruptcy
c/o Mark D. Poniatowski, Esq.
20980 Redwood Road, Suite 200
Castro Valley, CA 94546

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending litigation in the Yolo County Superior Court case of Holt of California vs. NPC bearing case number CVCV-2019-2507. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Hudson Insurance Group**
Attention : Bankrutpcy
115 West California Boulevard #293
Pasadena, CA 91105

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claims on bond No. 30002054 through Northern Pacific Corporation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Hunt & Sons Inc**
Attention : Bankruptcy
P.O. Box 277670
Sacramento, CA 95829

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC Financing Statement Document Number: 51260290006 Filing Number: 15-7487665910**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Hunt & Sons Inc**
Attention : Bankruptcy
PO Box 277670
Sacramento, CA 95829

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **UCC Financing Statement Document Number: 52351130002 Filing Number: 15-74988337**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 26 of 58

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.90** Nonpriority creditor's name and mailing address
**Internal Revenue Service 001**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 105416**
**Atlanta, GA 30348-5416**

As of the petition filing date, the claim is: Check all that apply.                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **- Notice Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.91** Nonpriority creditor's name and mailing address
**ISU Sander Jacobs Cassayre Insurance Ser**
**Attention : Bankruptcy**
**3200 Villa Lane**
**Napa, CA 94558**

As of the petition filing date, the claim is: Check all that apply.                     **$2,200.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Unpaid insurance premiums**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.92** Nonpriority creditor's name and mailing address
**J S Cole Company**
**Attention : Bankruptcy**
**c/o Mail Center**
**9450 SW Gemini Dr #7790**
**Beaverton, OR 97008-7105**

As of the petition filing date, the claim is: Check all that apply.                     **$16,637.35**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Rental of heavy CAT equipment**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address
**J.A. Gonsalves & Son Construction**
**Attention : Bankruptcy**
**c/o Kate Warner, Esq.**
**1005 A Street, Suite 312**
**San Rafael, CA 94901**

As of the petition filing date, the claim is: Check all that apply.                     **$105,209.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Pending litigation in the Sonoma County Superior Court case of J.A. Gonsalves vs. NPC bearing case number SCV-264849. See SOFA #7.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address
**Johnston, Gremaux & Rossi, LLP**
**Attention : Bankruptcy**
**333 Civic Drive**
**Pleasant Hill, CA 94523**

As of the petition filing date, the claim is: Check all that apply.                     **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **- Notice Only**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address
**Josh Patterson**
**c/o Richard Donahoo, Esq.**
**Donahoo & Associates, PC**
**440 West First Street, Suite 101**
**Tustin, CA 92780**

As of the petition filing date, the claim is: Check all that apply.                     **$40,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Pending litigation in the Napa Superior Court case of Patterson vs. NPC bearing case number 19-CV-001433. See SOFA #7.**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address
**Larsengines**
**Attention : Bankruptcy**
**979 Transport Way**
**Petaluma, CA 94954**

As of the petition filing date, the claim is: Check all that apply.                     **$817.27**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** **Mechanical services**

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 27 of 58

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,656.85** |
|------|---|---|---|

**Leonidou & Rosin**
**Attention : Bankruptcy**
**777 Cuesta Drive, Suite 200**
**Mountain View, CA 94040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Legal services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|------|---|---|---|

**Lien Solutions**
**Attention : Bankruptcy**
**P.O. Box 29071**
**Glendale, CA 91209-9071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing statement**
**Document Number: 81705180002**
**Filing Number: 19-7733567917**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,313.00** |
|------|---|---|---|

**M&M Services**
**Attention : Bankruptcy**
**c/o Hans W. Herb, Esq.**
**P.O. Box 970**
**Santa Rosa, CA 95402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Pending litigation in the Sonoma County Superior Court case of M&M Services vs. NPC bearing case number MCV-250458. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,304.47** |
|------|---|---|---|

**M. Maselli & Sons Inc.**
**Attention : Bankruptcy**
**519 Lakeville Street**
**Petaluma, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unpaid subcontractor invoices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00** |
|------|---|---|---|

**Material Transport**
**7500 San Joaquin Street**
**Sacramento, CA 95820-2141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Transport services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,243.00** |
|------|---|---|---|

**McCarthy, Burgess & Wolff**
**Attention : Bankruptcy - Automatic Stay**
**26000 Cannon Road**
**Bedford, OH 44146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Collections Agency and/or Attorney for Citibank**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,821.00** |
|------|---|---|---|

**Mobile Modular Management Corporation**
**Attention : Bankruptcy**
**5700 Las Positas Road**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Unpaid equipment rental invoices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 28 of 58

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.53 |
|---|---|---|---|

**Napa Auto Parts**
Attention : Bankruptcy
2440 South Main Street
Lakeport, CA 95453

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Auto parts purchases

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $59,415.00 |
|---|---|---|---|

**National Association of Credit Mgt**
Attention : Bankruptcy
8000 Miller Court East
Norcross, GA 30071

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** - Collections Agency and/or Attorney for Contech Engineered Solutions

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**National Claim Services**
Attention : Bankruptcy
P. O. Box 500698
Atlanta, GA 31150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Claim No. 46558 by PG&E

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,760.00 |
|---|---|---|---|

**Nitta Erosion Control**
Attention : Bankruptcy
3778 Del Mar Avenue
Loomis, CA 95650-9051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Unpaid subcontractor invoices

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,651.75 |
|---|---|---|---|

**Nixon-Egli Equipment Company**
Attention : Bankruptcy
800 East Grant Line Road
Tracy, CA 95304

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Equipment rentals

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,871.00 |
|---|---|---|---|

**Nor-Cal Concrete Inc.**
Attention : Bankruptcy
c/o Gregory Plaskett
111 West C Street, Suite E

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Concrete services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Norcal Rental Group**
Attention : Bankruptcy
c/o Michael T. Wayne, Esq.
149 South Barrington Ave., No. 143
Los Angeles, CA 90049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Pending litigation in the Napa County Superior Court case of Norcal Rental Group vs. NPC bearing case number 19-CV-001325. See SOFA #7.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 29 of 58

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,251.00 |
|---|---|---|---|

**Northern California Collection Service**
Attention : Bankruptcy
c/o Steven Cribb, Esq.
700 Liesure Lane
Sacramento, CA 95815

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending litigation in the Napa County Superior Court case of Northern California Collection Service vs. NPC bearing case number 19-CV-001454. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Northern Pacific Corporation**
Attention : Bankruptcy
870 Napa Valley Corporate Way
Suite R
Napa, CA 94558

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC Financing Statement Document Number: 70192870002 Filing Number: 18-76495164**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Northern Pacific Corporation**
Attention : Bankruptcy
870 Napa Valley Corporate Way
Suite R
Napa, CA 94558

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC Financing Statement Document Number: 70192890002 Filing Number: 18-76495166**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Northern Pacific Corporation**
Attention : Bankruptcy
870 Napa Valley Corporate Way
Suite R
Napa, CA 94558

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC Financing Statement Document Number: 70192850002 Filing Number: 18-76495162**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Northern Pacific Corporation**
Attention : Bankruptcy
870 Napa Valley Corporate Way
Suite R
Napa, CA 94558

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **UCC Financing Statement Document Number: 70192810002 Filing Number: 18-76495158**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29.82 |
|---|---|---|---|

**Oilwell Materials & Hardware Inc.**
Attention : Bankruptcy
P.O. BOX 815
Rio Vista, CA 94571

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cement purchase**

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 30 of 58

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,137.69 |
|---|---|---|---|

**P Fleet**
**Attention : Bankruptcy**
**6390 Greenwich Dr. Suite 200**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Fuel services**

Last 4 digits of account number **2358**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,000.00 |
|---|---|---|---|

**Pace Supply Corp.**
**Attention : Bankruptcy**
**c/o William W. Hatcher Jr. Esq.**
**114 Peirce Street**
**Santa Rosa, CA 95404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Pending litigation in the Sonoma County Superior Court case of Pace Supply Group vs. NPC bearing case number SCV-264605. See SOFA #7.**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $343.17 |
|---|---|---|---|

**Pacific Gas & Electric 001**
**Attention : Bankruptcy - Automatic Stay**
**P.O. Box 8329**
**Stockton, CA 95208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Electrical power service**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,384.14 |
|---|---|---|---|

**Pacific Highway Rentals**
**Attention : Bankruptcy**
**2415 San Ramon Valley Blvd #4412**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Equipment rental charges**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,384.14 |
|---|---|---|---|

**Pacific Highway Rentals LLC**
**Attention : Bankruptcy**
**c/o James G. Schwartz, Esq.**
**7901 Stoneridge Drive, Suite 401**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Pending litigation in the Napa County Superior Court case of Pacific Highway Rentals LLC vs. NPC bearing case number 20-CV-000018. See SOFA #7.**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,001.49 |
|---|---|---|---|

**Pacific Northwest Oil**
**Attention : Bankruptcy**
**P.O. Box 6930**
**Stockton, CA 95206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **fuel service**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,751.00 |
|---|---|---|---|

**Pacific Sanitation**
**Attention : Bankruptcy**
**590 Caletti Avenue**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Sanitation services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Pape Machinery**
**Attention : Bankruptcy**
**PO Box 35144 #5077**
**Seattle, WA 98124-5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Parts and equipment purchases

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,075.00 |
|---|---|---|---|

**Pavement Recycling Systems**
**Attention : Bankruptcy**
**c/o Robert A. Weissman, Esq.**
**2660 Townsgate Road, Suite 350**
**Westlake Village, CA 91361-2714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   Pending litigation in the Napa County Superior Court case of Pavement Recycling Systems vs. NPC bearing case number CIV-1902154. See SOFA #7.

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peterson Tractor Company**
**Attention : Bankruptcy**
**P.O. Box 5258**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   UCC Financing Statement
Document Number: 67858660002
Filing Number: 18-7633239527

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poniatowski Leding Parikh PC**
**Attention : Bankruptcy**
**20980 Redwood Road**
**Suite 200**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   UCC Financing Statement
Document Number: 83041010003
Filing Number: 19-77424282

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poniatowski Leding Parikh PC**
**Attention : Bankruptcy**
**20980 Redwood Road**
**Suite 200**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   UCC Financing Statement
Document Number: 83041010002
Filing Number: 19-77424281

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Prestige Services Inc.**
**Attention : Bankruptcy**
**21214 Schofield Drive**
**Gretna, NE 68028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:   - Collections Agency and/or Attorney

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 32 of 58

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59,699.00 |
|---|---|---|---|

**Professional Tree Care Company**
**Attention : Bankruptcy**
**2828 8th Street**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid subcontractor invoices**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,844.18 |
|---|---|---|---|

**Quinlan's Tire Service, Inc.**
**Attention : Bankruptcy**
**166 Watson Lane**
**American Canyon, CA 94503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Tire services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,984.60 |
|---|---|---|---|

**R & B Company**
**Attention : Bankruptcy**
**650 Commercial Street**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unpaid subcontractor invoices**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,249.00 |
|---|---|---|---|

**R&S Erection of Vallejo, Inc.**
**Attention : Bankruptcy**
**401 Mississippi Street**
**Vallejo, CA 94590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending litigation in the Napa Small Claims case of**
**R&S Eredion of Vallejo, Inc. vs. NPC bearing case number**
**19-SC-000220. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RDO Equipment Co.**
**Attention : Bankruptcy**
**700 7th Street South**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UCC Financing Statement**
**Document Number: 72108500002**
**Filing Number: 18-7662478403**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RDO Equipment Co.**
**Attention : Bankruptcy**
**700 7th Street South**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **UCC Financing Statement**
**Document Number: 81728360002**
**Filing Number: 19-77337834**

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $212,321.32 |
|---|---|---|---|

**Reliant Funding**
**Attention : Bankruptcy**
**525 Broadhollow Road**
**Suite 200**
**Melville, NY 11747**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Line of Credit

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robins Kaplan LLP**
**Attention : Bankruptcy**
**2049 Century Park East**
**Suite 3400**
**Los Angeles, CA 90067**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  - Notice Only

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,209.19 |
|---|---|---|---|

**Roger J. Brothers Esq.**
**Attention : Bankruptcy**
**2033 North Main Street**
**Suite 720**
**Walnut Creek, CA 94596**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

**Rory Briggs**
**Attention : Bankruptcy**
**c/o Richard E. Donahoo, Esq.**
**440 W. First Street, Suite 101**
**Tustin, CA 92780**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Pending litigation in the Napa County Superior Court
case of Briggs vs. NPC bearing case number 19-CV-001673. See
SOFA #7 - alleges
wage claims and labor code violations.

County of Napa

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,837.50 |
|---|---|---|---|

**Roys Sewer Service**
**Attention : Bankruptcy**
**P.O. Box 763**
**Novato, CA 94948-0763**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Sewer services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**Sanitary District No. 2 of Marin County**
**Attention : Bankrutpcy**
**233 Tamalpias Drive Suite 200**
**Corte Madera, CA 94925-1415**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Unpaid subcontractor invoices and breach of
contract

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 34 of 58

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,182.00** |
|---|---|---|---|

**Sierra Truck and Van, Inc.**
**Attention : Bankruptcy**
**225 Lopes Road**
**Fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vehicle repair service**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**State of California 001**
**Attention : Bankruptcy**
**Franchise Tax Board**
**P.O. Box 419001**
**Rancho Cordova, CA 95741-9001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **- Notice Only**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$160,000.00** |
|---|---|---|---|

**State of California Labor Commissioner**
**Attention : Bankruptcy**
**2031 Howe Avenue**
**Suite 100**
**Sacramento, CA 95826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Pending litigation before the State of California Labor Commissioe bearing case number 40-66620137. See SOFA #7. Alleges Civil Wage and Penalty Assessment for Labor Code violations**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stearns Bank NA**
**Attention : Bankruptcy**
**500 13th Street**
**Albany, MN 56307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC financing statement for 2005 Hitachi ZX200LC Excavator SN: ARH310004;**
**Document Number: 43271200002**
**Filing Number: 14-7413982221**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stearns Bank NA**
**Attention : Bankruptcy**
**500 13th Street**
**Albany, MN 56307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement**
**Document Number: 49551230002**
**Filing Number: 15-7470914462**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stearns Bank NA**
**Attention : Bankruptcy**
**500 13th Street**
**Albany, MN 56307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **UCC Financing Statement**
**Document Number: 82825690002**
**Filing Number: 19-77415253**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,230.66 |
|---|---|---|---|

**3.148**
Nonpriority creditor's name and mailing address
**Stuart-Lippman & Associates**
**Attention : Bankruptcy**
**5447 East 5th Street**
**Suite 110**
**Tucson, AZ 85711-2345**

Date(s) debt was incurred _____

Last 4 digits of account number **6304**

As of the petition filing date, the claim is: Check all that apply.   **$7,230.66**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **- Collections Agency and/or Attorney**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.149**
Nonpriority creditor's name and mailing address
**SureTec Insurance Company**
**Attention : Bankruptcy**
**PO. Box 5008**
**Woodland Hills, CA 91365**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Possible claims against bond No. 460954 as arising from Northern Pacific Corporation**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.150**
Nonpriority creditor's name and mailing address
**Syar Industries**
**Attention : Bankruptcy**
**c/o Paul Aherne, Esq.**
**455 Market Street, Suite 1870**
**San Francisco, CA 94105**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.   **$8,296.20**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending litigation in the Marin County Superior Court case of Syar Industries vs. NPC bearing case number CIV-1903051. See SOFA #7.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151**
Nonpriority creditor's name and mailing address
**Syar Industries**
**Attention : Bankruptcy**
**c/o Paul Aherne, Esq.**
**455 Market Street, Suite 1870**
**San Francisco, CA 94105**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.   **$5,231.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending litigation in the Napa County Superior Court case of Syar Industries vs. NPC bearing case number 19-CV-001189. See SOFA #7.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.152**
Nonpriority creditor's name and mailing address
**Syar Industries**
**Attention : Bankruptcy**
**c/o Paul Aherne, Esq.**
**455 Market Street, Suite 1870**
**San Francisco, CA 94105**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.   **$5,231.91**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending litigation in the Solano County Superior Court case of Syar Industries vs. NPC bearing case number FCM-167272. See SOFA #7.**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.153**
Nonpriority creditor's name and mailing address
**Syar Industries**
**Attention : Bankruptcy**
**c/o Paul Aherne, Esq.**
**455 Market Street, Suite 1870**
**San Francisco, CA 94105**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: Check all that apply.   **$9,291.24**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Pending litigation in the Yolo County Superior Court case of Syar Industries vs. NPC bearing case number G-191665. See SOFA #7.**

Is the claim subject to offset? ☑ No ☐ Yes

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 36 of 58

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,710.00** |
|---|---|---|---|

**Taylor Heavy Haul LLC**
**Attention : Bankruptcy**
**9325 Viking Place**
**Roseville, CA 95747**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending litigation in the Napa Small Claims case of Taylor Heavy Haul vs. NPC bearing case number 19-SC-000258. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,247.00** |
|---|---|---|---|

**The Rental Place**
**Attention : Bankruptcy**
**21500 8th Street East**
**Sonoma, CA 95476**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment rentals**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$220,000.00** |
|---|---|---|---|

**Toby's Trucking, Inc.**
**Attention : Bankruptcy**
**c/o Stephen R. McCutcheon, ESQ.**
**2407 J Street, Second Floor**
**Sacramento, CA 95816**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending litigation in the Marin County Superior Court case of Toby's Trucking, Inc., vs. NPC et. al.bearing case number CIV-19-04624. See SOFA #7.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Tokio Marine HCC - Surety Group**
**Attention : Bankruptcy**
**801 South Figueroa Street, Suite 700**
**Los Angeles, CA 90017**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Potential claims against bond number 100451128 arising from Northern Pacific Corporation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,548.09** |
|---|---|---|---|

**Trench Plate Rental Co.**
**Attention : Bankruptcy**
**13217 Laureldale Avenue**
**Downey, CA 90242**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Equipment rental services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,019.00** |
|---|---|---|---|

**United Site Services**
**Attention : Bankruptcy**
**2929 West Navigator Drive Suite 200**
**Meridian, ID 83642**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid subcontractor invoices**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 37 of 58

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,604.49 |

**Valentine & Kebartas, LLC**
Attention : Bankruptcy
P.O. Box 325
Lawrence, MA 01842-0625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **- Collections Agency and/or Attorney for dell Financial**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,625.53 |

**Vallejo Glass Inc.**
Attention : Bankrutpcy
205 Couch Street
Vallejo, CA 94590

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Glass delivery and services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317,311.98 |

**Viking Construction Company**
Attention : Bankruptcy
P.O. BOX 1508
Rancho Cordova, CA 95741-1508

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid subcontractor invoices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $317,311.98 |

**Viking Construction Company**
Attention : Bankruptcy
c/o William L. Baker Esq.
1050 Fulton Avenue, Suite 218
Sacramento, CA 95825

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Pending litigation in the Marin County Superior Court case of Viking Construction vs. NPC bearing case number CV-19-1332. See SOFA #7.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106,807.55 |

**W. Bradley Electric Inc.**
Attention : Bankruptcy
90 Hill Road
Novato, CA 94945

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unpaid subcontractor invoices**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100.00 |

**WageWorks**
Attention : Bankruptcy
PO Box 14656
Lexington, KY 40512-4656

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance premiums**

Last 4 digits of account number  **4763**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**William Anderson**
Attention : Bankruptcy
17233 Hillside Avenue
Sonoma, CA 95476

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **UCC Financing statement Document Number: 71199890002 Filing Number: 18-7656133919**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 38 of 58

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zurich North America Surety**
**Attention : Bankruptcy**
**525 Market Street, Suite 2900**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Potential claims on Performance Bond No. 9296660 through Northern Pacific Corporation**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Anthem Blue Cross 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 60007**<br>**Los Angeles, CA 90060** | Line **3.9**<br><br>☐ Not listed. Explain ___ | _ |
| 4.2 | **Anthem Blue Cross 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 659505**<br>**San Antonio, TX 78265** | Line **3.9**<br><br>☐ Not listed. Explain ___ | _ |
| 4.3 | **AT&T 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 5025**<br>**Carol Stream, IL 60197-5025** | Line **3.10**<br><br>☐ Not listed. Explain ___ | _ |
| 4.4 | **AT&T 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 5014**<br>**Carol Stream, IL 60197-5014** | Line **3.10**<br><br>☐ Not listed. Explain ___ | _ |
| 4.5 | **Benito Garcia**<br>**c/o Mark David Poniatowski, Esq.**<br>**Poniatowski Leding Parikh PC**<br>**20980 Redwood Rd Ste 200,**<br>**Castro Valley, CA 94546** | Line **3.95**<br><br>☐ Not listed. Explain ___ | _ |
| 4.6 | **Bert Williams & Sons Inc.**<br>**c/o  Rodolfo Gaba Jr. Esq.**<br>**8583 Irvine Center Drive, Suite 500**<br>**Irvine, CA 92618** | Line **3.12**<br><br>☐ Not listed. Explain ___ | _ |
| 4.7 | **California Bank of Commerce**<br>**c/o Patricia Lyon, Esq.**<br>**French Lyon Tang**<br>**1990 North California Blvd. Ste 300**<br>**Walnut Creek, CA 94596** | Line **3.26**<br><br>☐ Not listed. Explain ___ | _ |
| 4.8 | **Carl F. Smith**<br>**c/o Mark David Poniatowski, Esq.**<br>**Poniatowski Leding Parikh PC**<br>**20980 Redwood Rd Ste 200,**<br>**Castro Valley, CA 94546** | Line **3.95**<br><br>☐ Not listed. Explain ___ | _ |

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 39 of 58

| | | | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|---|
| 4.9 | **Citibank 002** <br> **Attention : Bankruptcy - Automatic Stay** <br> **P.O. Box 769004** <br> **San Antonio, TX 78245** | | Line **3.45** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.10 | **Citibank 003** <br> **Attention : Bankruptcy - Automatic Stay** <br> **P.O. Box 70918** <br> **Charlotte, NC 28272** | | Line **3.45** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.11 | **Citibank 004** <br> **Attention : Bankruptcy - Automatic Stay** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | Line **3.45** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.12 | **Citibank 005** <br> **Attention : Bankruptcy - Automatic Stay** <br> **P.O. Box 6275** <br> **Sioux Falls, SD 57117** | | Line **3.45** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.13 | **Citibank 007** <br> **Attention : Bankruptcy - Automatic Stay** <br> **Shell/Citi** <br> **P.O. Box 6497** <br> **Sioux Falls, SD 57117** | | Line **3.45** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.14 | **Citibank 008** <br> **Attention : Bankruptcy - Automatic Stay** <br> **P.O. Box 6406** <br> **Sioux Falls, SD 57117-6241** | | Line **3.45** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.15 | **Citibank 009** <br> **Attention : Bankruptcy - Automatic Stay** <br> **701 East 60th Street North** <br> **CCU Mail Code 2236** <br> **Sioux Falls, SD 57117** | | Line **3.45** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.16 | **Department of the Treasury** <br> **Attention : Bankruptcy - Automatic Stay** <br> **1500 Pennsylvania Avenue, NW** <br> **Washington, DC 20220** | | Line **3.90** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.17 | **Derick Rogers** <br> **c/o Mark David Poniatowski, Esq.** <br> **Poniatowski Leding Parikh PC** <br> **20980 Redwood Rd Ste 200,** <br> **Castro Valley, CA 94546** | | Line **3.95** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.18 | **Internal Revenue Service 002** <br> **Attention : Bankruptcy - Automatic Stay** <br> **P.O. Box 21126** <br> **Philadelphia, PA 19114** | | Line **3.90** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.19 | **Internal Revenue Service 003** <br> **Attention : Bankruptcy - Automatic Stay** <br> **P.O. Box 24017** <br> **Fresno, CA 93776** | | Line **3.90** <br><br> ☐ Not listed. Explain ____ | _ |
| 4.20 | **Internal Revenue Service 004** <br> **Attention : Bankruptcy - Automatic Stay** <br> **P.O. Box 7317** <br> **Philadelphia, PA 19101-7317** | | Line **3.90** <br><br> ☐ Not listed. Explain ____ | _ |

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 40 of 58

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.21 | **Internal Revenue Service 005**<br>**Attention : Bankruptcy - Automatic Stay**<br>**1301 Clay Street**<br>**Mail Stop 1400S**<br>**Oakland, CA 94612** | Line __3.90__<br><br>☐ Not listed. Explain ____ | _ |
| 4.22 | **J S Cole Company**<br>**320 Deer Island Lane**<br>**Novato, CA 94945** | Line __3.92__<br><br>☐ Not listed. Explain ____ | _ |
| 4.23 | **Mitchell Busse**<br>**c/o Mark David Poniatowski, Esq.**<br>**Poniatowski Leding Parikh PC**<br>**20980 Redwood Rd Ste 200,**<br>**Castro Valley, CA 94546** | Line __3.95__<br><br>☐ Not listed. Explain ____ | _ |
| 4.24 | **Pacific Gas & Electric 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**P.O. Box 997300**<br>**Sacramento, CA 95899-7300** | Line __3.119__<br><br>☐ Not listed. Explain ____ | _ |
| 4.25 | **Pacific Gas & Electric 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**111 Stony Circle**<br>**Santa Rosa, CA 95401** | Line __3.119__<br><br>☐ Not listed. Explain ____ | _ |
| 4.26 | **Pacific Highway Rentals**<br>**c/o James G. Schwartz Esq.**<br>**7901 Stoneridge Drive**<br>**Suite 401**<br>**Sonoma, CA 95476** | Line __3.120__<br><br>☐ Not listed. Explain ____ | _ |
| 4.27 | **Professional Tree Care Company**<br>**c/o Stephen M. Judson Esq.**<br>**Ramsey Law Group**<br>**3736 Mt. Diablo Boulevard. Suite 300**<br>**Lafayette, CA 94549** | Line __3.130__<br><br>☐ Not listed. Explain ____ | _ |
| 4.28 | **State of California 002**<br>**Attention : Bankruptcy - Automatic Stay**<br>**DCSS**<br>**P.O. Box 419064**<br>**Rancho Cordova, CA 95741-9064** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.29 | **State of California 003**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.30 | **State of California 004**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Franchise Tax Board**<br>**P.O. Box 942867**<br>**Sacramento, CA 94267-0041** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 41 of 58

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.31 **State of California 005**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Franchise Tax Board**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.32 **State of California 006**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Benefit Overpayment, Collections MIC 91**<br>**P.O. Box 826218**<br>**Sacramento, CA 94230-6218** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.33 **State of California 007**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Bankruptcy Section MS A340**<br>**P.O. Box 2952**<br>**Sacramento, CA 95812-2952** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.34 **State of California 009**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Employment Development Department**<br>**P.O. Box 826215**<br>**Sacramento, CA 94230-6215** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.35 **State of California 010**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Employment Development Department**<br>**P.O. Box 989061**<br>**West Sacramento, CA 95798** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.36 **State of California 011**<br>**Attention : Bankruptcy - Automatic Stay**<br>**Employment Development Department**<br>**MIC 92#**<br>**Sacramento, CA 94280** | Line __3.143__<br><br>☐ Not listed. Explain ____ | _ |
| 4.37 **Syar Industries**<br>**P.O. Box 2540**<br>**Napa, CA 94558** | Line __3.153__<br><br>☐ Not listed. Explain ____ | _ |
| 4.38 **United Site Services**<br>**Attention : Bankruptcy**<br>**12601 West Explorer Drive**<br>**Boise, ID 83713** | Line __3.159__<br><br>☐ Not listed. Explain ____ | _ |
| 4.39 **William Anderson**<br>**c/o Rodney N Vosguanian**<br>**28030 Dorothy Drive, Suite 304**<br>**Agoura Hills, CA 91301** | Line __3.166__<br><br>☐ Not listed. Explain ____ | _ |
| 4.40 **Zurich North America Surety**<br>**Attention : Bankruptcy**<br>**7045 College Boulevard**<br>**Leawood, KS 66211** | Line __3.167__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $             0.00 |
| 5b. Total claims from Part 2 | 5b. + | $       11,870,460.47 |

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 42 of 58

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.     $                    11,870,460.47

**Fill in this information to identify the case:**

Debtor name    **Meeks Capital Corporation**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Meeks Capital Corporation** |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City      State      Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Case: 20-10049     Doc# 1     Filed: 01/25/20     Entered: 01/25/20 23:19:29     Page 45 of 58

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Meeks Capital Corporation** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   |---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 46 of 58

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Corporation**<br>**Attention : Bankruptcy - Automatic**<br>**Stay**<br>**P.O. Box 689007**<br>**Franklin, TN 37068-9007** | **2017 Ford F350 - repossessed by creditor** | **2019** | **$44,000.00** |
| **Ford Motor Corporation**<br>**Attention : Bankruptcy - Automatic**<br>**Stay**<br>**P.O. Box 689007**<br>**Franklin, TN 37068-9007** | **2018 Ford F450 - repossessed by creditor** | **2019** | **$54,333.00** |
| **Caterpillar Financial Services**<br>**Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 246D - repossessed by creditor** | **2019** | **$53,888.00** |
| **Caterpillar Financial Services**<br>**Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 246D - repossessed by creditor** | **2019** | **$55,223.00** |
| **Caterpillar Financial Services**<br>**Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 315FLCR - repossessed by creditor** | **2019** | **$232,000.00** |
| **Ford Motor Corporation**<br>**Attention : Bankruptcy - Automatic**<br>**Stay**<br>**P.O. Box 689007**<br>**Franklin, TN 37068-9007** | **2018 Ford F750 - repossessed by creditor** | **2019** | **$91,760.00** |
| **BMO Harris Bank N.A.**<br>**BMO Transportation Finance**<br>**300 E John Carpenter Fwy #504**<br>**Irving, TX 75062** | **2018 Peterbilt 567 Super 10 - repossessed**<br>**by creditor** | **2019** | **$185,000.00** |
| **Ford Motor Corporation**<br>**Attention : Bankruptcy - Automatic**<br>**Stay**<br>**P.O. Box 689007**<br>**Franklin, TN 37068-9007** | **2018 Ford F350 - repossessed by creditor** | **2019** | **$48,482.00** |
| **Ford Motor Corporation**<br>**Attention : Bankruptcy - Automatic**<br>**Stay**<br>**P.O. Box 689007**<br>**Franklin, TN 37068-9007** | **2018 Ford F550 - repossessed by creditor** | **2019** | **$68,860.00** |
| **BMO Harris Bank N.A.**<br>**BMO Transportation Finance**<br>**300 E John Carpenter Fwy #504**<br>**Irving, TX 75062** | **2018 Peterbilt 567 Super 10 - repossessed**<br>**by creditor** | **2019** | **$186,366.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 47 of 58

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **BMO Harris Bank N.A.** **BMO Transportation Finance** **300 E John Carpenter Fwy #504** **Irving, TX 75062** | **2018 Peterbilt 567 Super 10 - repossessed by creditor** | **2019** | **$186,316.00** |
| **BMO Harris Bank N.A.** **BMO Transportation Finance** **300 E John Carpenter Fwy #504** **Irving, TX 75062** | **2019 Peterbilt 389 Heavy Haul - repossessed by creditor** | **2019** | **$186,555.00** |
| **Caterpillar Financial Services Corporati** **2120 West End Avenue** **Nashville, TN 37203** | **CAT 315FLCR - repossessed by creditor** | **2019** | **$223,445.00** |
| **Caterpillar Financial Services Corporati** **2120 West End Avenue** **Nashville, TN 37203** | **CAT 305.5E2CR - repossessed by creditor** | **2019** | **$80,807.00** |
| **Caterpillar Financial Services Corporati** **2120 West End Avenue** **Nashville, TN 37203** | **CAT 305.5E2CR - repossessed by creditor** | **2019** | **$77,677.00** |
| **Caterpillar Financial Services Corporati** **2120 West End Avenue** **Nashville, TN 37203** | **CAT CB24B - repossessed by creditor** | **2019** | **$57,904.00** |
| **Caterpillar Financial Services Corporati** **2120 West End Avenue** **Nashville, TN 37203** | **CAT 305.5E2CR - repossessed by creditor** | **2019** | **$77,512.34** |
| **Caterpillar Financial Services Corporati** **2120 West End Avenue** **Nashville, TN 37203** | **CAT CB24B - repossessed by creditor** | **2019** | **$57,904.00** |
| **Ford Motor Credit Company** **1 American Rd** **Dearborn, MI 48126** | **2018 Ford F450 - repossessed by creditor** | **2019** | **$53,805.00** |
| **Ford Motor Corporation** **Attention : Bankruptcy - Automatic Stay** **P.O. Box 689007** **Franklin, TN 37068-9007** | **2018 Ford F150 - repossessed by creditor** | **2019** | **$45,850.00** |
| **Ford Motor Credit Company** **1 American Rd** **Dearborn, MI 48126** | **2018 Ford F750 - repossessed by creditor** | **2019** | **$90,284.00** |
| **Ford Motor Credit Company** **1 American Rd** **Dearborn, MI 48126** | **2018 Ford F150 - repossessed by creditor** | **2019** | **$45,850.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 48 of 58

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ford Motor Credit Company**<br>**1 American Rd**<br>**Dearborn, MI 48126** | **2018 Ford F150 - repossessed by creditor** | **2019** | **$55,483.49** |
| **Caterpillar Financial Services Corporati**<br>**2120 West End Avenue**<br>**Nashville, TN 37203** | **CAT 305.5E2CR - repossessed by creditor** | **2019** | **$78,580.00** |
| **BMO Harris Bank N.A.**<br>**BMO Transportation Finance**<br>**300 E John Carpenter Fwy #504**<br>**Irving, TX 75062** | **Various equipment and tools - repossessed by creditor** | **2019** | **$35,000.00** |

6. **Setoffs**

   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**    **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Caterpillar vs. Meeks et. al.**<br>**19-CV-001510** | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **BMO Harris Bank vs. Meeks et. al.**<br>**19-CV-001418** | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Welcher vs. Meeks et. al.**<br>**34-2019-00265368** | **Breach of Contract & Collections** | **Sacramento County Superior Court**<br>**721 9th Street**<br>**Sacramento, CA 95814** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Fidelity vs. NPC et. al.**<br>**MSC-19-01119** | **Breach of Contract & Collections** | **Contra Costa County Superior Court**<br>**725 Court Street**<br>**Martinez, CA 94553** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **R&S Eredion of Vallejo, Inc. vs. NPC et. al.**<br>**19-SC-000220** | **Small claims collection action** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 49 of 58

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **Taylor Heavy Haul vs. NPC et. al.**<br>19-SC-000258 | **Breach of Contract & Collections** | **Napa County Small Claims Court**<br>**1111 Third Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **California Bank of Commerce vs. NPC et. al.**<br>MSC-19-01604 | **Breach of Contract & Collections** | **Contra Costa County Superior Court**<br>**725 Court Street**<br>**Martinez, CA 94553** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Balboa Capital vs. vs. NPC et. al.**<br>30-2019-01094141 | **Breach of Contract & Collections** | **Orange County Superior Court**<br>**700 Civic Center Dnve West**<br>**Santa Ana, CA 92701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Briggs vs. NPC et. al.**<br>19-CV-001673 | **Wage claims and labor code violations** | **Napa County Superior Court**<br>**825 Brown Street**<br>**1195 Third Street**<br>**Suite 310**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **Bruce Tucker Construction vs. NPC et. al.**<br>17-CV-000421 | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. **Bruce Tucker Construction vs. NPC et. al.**<br>18-CV-000317 | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. **Calistoga vs. NPC et. al.**<br>19-CV-001269 | **Breach of Contract & Collections** | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. **Pavement Recycling Systems vs. NPC et. al.**<br>CIV-1902154 | **Breach of Contract & Collections** | **Marin County Superior Court**<br>**3501 Civic Center Drive**<br>**San Rafael, CA 94913-4988** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. **Double M Trucking vs. NPC et. al.**<br>CV-19-1299 | **Breach of Contract & Collections** | **Yolo County Superior Court**<br>**1000 Main Street**<br>**Civil Division**<br>**Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. **Gene Amato Masonry vs. NPC et. al.**<br>CIV-19-02807 | **Breach of Contract & Collections** | **Marin County Superior Court**<br>**3501 Civic Center Drive**<br>**San Rafael, CA 94913-4988** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. **J.A. Gonsalves vs. NPC et. al.**<br>SCV-264849 | **Breach of Contract & Collections** | **Sonoma County Superior Court**<br>**600 Administration Drive**<br>**Room 107-J**<br>**Santa Rosa, CA 95403-2817** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 50 of 58

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.17. | **Holt of California vs. NPC et. al.**<br>**CVCV-2019-2507** | Breach of Contract & Collections | **Yolo County Superior Court**<br>**1000 Main Street**<br>**Civil Division**<br>**Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **M&M Services vs. NPC et. al.**<br>**MCV-250458** | Breach of Contract & Collections | **Sonoma County Superior Court**<br>**600 Administration Drive**<br>**Room 107-J**<br>**Santa Rosa, CA 95403-2817** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Northern California Collection Service vs. NPC et. al.**<br>**19-CV-001454** | Breach of Contract & Collections | **Napa County Superior Court**<br>**825 Brown Street** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Norcal Rental Group vs. NPC et. al.**<br>**19-CV-001325** | Breach of Contract & Collections | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **Pace Supply Group vs. NPC et. al.**<br>**SCV -264605** | Breach of Contract & Collections | **Sonoma County Superior Court**<br>**600 Administration Drive**<br>**Room 107-J**<br>**Santa Rosa, CA 95403-2817** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Pacific Highway Rentals LLC vs. NPC et. al.**<br>**20-CV-000018** | Breach of Contract & Collections | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **City of Rio Vista vs. NPC et . al.**<br>**40-66620137** | Civil Wage and Penalty Assessment for Labor Code violations | **State of California Labor Commissioner**<br>**2031 Howe Avenue, Suite 100**<br>**Sacramento, CA 95826** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Syar Industries vs. NPC et. al.**<br>**CIV-1903051** | Breach of Contract & Collections | **Marin County Superior Court**<br>**3501 Civic Center Drive**<br>**San Rafael, CA 94903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Syar Industries vs. NPC et. al.**<br>**FCM-167272** | Breach of Contract & Collections | **Solano County Superior Court**<br>**580 Texas Street**<br>**Fairfield, CA 94533** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | **Syar Industries vs. NPC et. al.**<br>**G-191665** | Breach of Contract & Collections | **Yolo County Superior Court**<br>**1000 Main Street**<br>**Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | **Syar Industries vs. NPC et. al.**<br>**19-CV-001189** | Breach of Contract & Collections | **Napa County Superior Court**<br>**825 Brown Street**<br>**Napa, CA 94559** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 51 of 58

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.28. | **Toby's Trucking, Inc., vs. NPC et. al.**<br>**CIV-19-04624** | **Breach of Contract & Collections** | **Marin County Superior Court**<br>**3501 Civic Center Drive**<br>**San Rafael, CA 94903** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.29. | **Viking Construction vs. NPC et. al.**<br>**CV-19-1332** | **Breach of Contract & Collections** | **Yolo County Superior Court**<br>**1000 Main Street**<br>**Woodland, CA 95695** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B _(Schedule A/B: Assets – Real and Personal Property)._ | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 52 of 58

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Law Offices of Thomas P. Kelly III P.O. Box 1405 Santa Rosa, CA 95402-1405** | | **January 13, 2020** | **$3,500.00** |
| | Email or website address **tomkelly@sonic.net** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

___

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **California Bank of Commerce** <br>**3595 Mount Diablo Boulevard** <br>**Suite 220** <br>**Lafayette, CA 94549** | **XXXX-9284** | ■ Checking <br>☐ Savings <br>☐ Money Market <br>☐ Brokerage <br>☐ Other___ | **September 2019** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

___

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

___

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 54 of 58

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Bryan Koeberer**<br>**P.O. Box 1795**<br>**Sonoma, CA 95476** | **2018-2020** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 55 of 58

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bradley Koeberer | P.O. Box 1795 Sonoma, CA 95476 | President & CEO | 33% (25,000 shares) |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nancy Koeberer | P.O. Box 1795 Sonoma, CA 95476 | Secretary | 33% (25,000 shares) |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bryan Koeberer | P.O. Box 1795 Sonoma, CA 95476 | Chief Financial Officer | 33% (25,000 shares) |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                Best Case Bankruptcy

Case: 20-10049   Doc# 1   Filed: 01/25/20   Entered: 01/25/20 23:19:29   Page 56 of 58

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 24, 2020**

**/s/ Bradley Koeberer**                                          **Bradley Koeberer**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President/CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy
Case: 20-10049    Doc# 1    Filed: 01/25/20    Entered: 01/25/20 23:19:29    Page 57 of 58

# United States Bankruptcy Court
## Northern District of California

In re   **Meeks Capital Corporation**

                              Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Meeks Capital Corporation**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Bradley Koeberer**
**P.O. Box 1795**
**Sonoma, CA 95476**

**Bryan Koeberer**
**P.O. Box 1795**
**Sonoma, CA 95476**

**Nancy Koeberer**
**P.O. Box 1795**
**Sonoma, CA 95476**

☐ None [*Check if applicable*]

January 24, 2020

Date

/s/ Thomas P. Kelly III

**Thomas P. Kelly III 230699**

Signature of Attorney or Litigant

Counsel for   **Meeks Capital Corporation**

**Law Offices of Thomas P. Kelly III**
**P.O. Box 1405**
**Santa Rosa, CA 95402-1405**
**707-545-8700 Fax:707-542-3371**
**tomkelly@sonic.net**